STEVEN B. WOLFSON
District Attorney
**CIVIL DIVISION**
State Bar No. 001565
By: **SCOTT DAVIS**
Deputy District Attorney
State Bar No. 10019
500 South Grand Central Pkwy., Suite 5075
Las Vegas, Nevada 89155-2215
Telephone (702) 455-4761
Fax (702) 382-5178
E-Mail: Scott.Davis@ClarkCountyDAnv.gov
Attorneys for Defendant *Clark County*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

KALIAH D. BRANTLEY,                    )
                                       )
                    Plaintiff,         )     Case No:      2:25-cv-01634-RFB-EJY
                                       )
vs.                                    )
                                       )     **STIPULATED DISCOVERY PLAN**
CLARK COUNTY DEPARTMENT OF             )     **AND SCHEDULING ORDER**
AVIATION,                              )
                                       )     **SUBMITTED IN COMPLIANCE**
                    Defendant.         )     **WITH LR 26-1(b)**
_____)

Pursuant to FRCP 26(f), Plaintiff Kaliah Brantley, Plaintiff pro se, and Defendant Clark County, through its counsel of record, submit the following stipulated proposed Discovery Plan and Scheduling Order.

### PROPOSED SCHEDULE

1.    Estimate of Time Required for Discovery:

The parties request discovery period runs for 180 days from the date of the answer, consistent with LR 26-2. The answer was filed September 23, 2025, therefore, the parties request that discovery close on Monday **March 23, 2026.**

2.    Amendment of Pleadings and Addition of Parties:

Unless otherwise ordered by the Court, the date for filing motions to amend the pleadings or to add parties shall not be later than ninety (90) days prior to the discovery cut-off date, which in this matter is not later than Wednesday **December 24, 2025.**

3.    Disclosure of Expert Witnesses:

In accordance with Fed. R. Civ. P. 26(a)(2), disclosures identifying experts shall be made sixty (60) days prior to the discovery cut-off date, not later than Thursday **January 22, 2026**, and disclosures respecting rebuttal experts shall be made thirty (30) days after the disclosure of experts, and not later Monday **February 23, 2026.**

4.    Dispositive Motions:

The parties shall have until Thursday **April 23, 2026**, to file dispositive motions. This is thirty (30) days after the close of Discovery.

5.    Pretrial Order:

The Proposed Pretrial Order shall be filed by Monday **May 25, 2026**, which is thirty (30) days after the date set for the filing of dispositive motions. In the event dispositive motions are filed, the date for filing the Joint Pretrial order shall be suspended until thirty (30) days after decision on the dispositive motions or by further order of the Court.

6.    FRCP 26(a)(3) Disclosures:

The disclosures required by FRCP 26(a)(3) and any objection thereto shall be included in the pretrial order.

7.    Alternative Dispute Resolution:

The parties certify that they have met and conferred about the possibility of using alternative dispute resolution processes in this case, including mediation, and arbitration.

8.    Alternative Forms of Case Disposition:

The parties certified that they have considered consent to trial by magistrate judge under 28 U.S.C. § 636(c) and FRCP 73 and the use of the Short Trial Program.

9.    Electronic Evidence:

The parties certify they have discussed whether they intend to present evidence in electronic format to jurors for the purposes of jury deliberations. It is anticipated that this case will involve electronic evidence. Discussions between the parties will be ongoing as the trial date approaches and any electronic evidence will be presented in a format compatible with the court's electronic jury evidence display system. The parties stipulate that any

to conduct a search of any database or collection of electronic documents shall include the specified search terms.

10.   Extensions or Modifications of the Discovery Plan and Scheduling Order:

Applications to extend any date set by the discovery plan/scheduling order shall be received by the Court no later than 21 days before the expiration of the subject deadline.

/s/

Kaliah Brantley
9100 W. Flamingo Rd. # 20244
Las Vegas, NV 89102
Plaintiff pro se

CLARK COUNTY DISTRICT ATTORNEY

/s/

Scott   Davis
Deputy District Attorney
State Bar No. 10019
500 S. Grand Central Pkwy # 5075
Las Vegas, NV 89101

**ORDER**

IT IS SO ORDERED.

DATED:   January 23, 2026

UNITED STATES MAGISTRATE JUDGE